932 F.2d 959
 Dais (Thaddeus)
v.
Small & Margolin, Small (Lewis), Lipshutz (Robert M.),
Guarino (Angelo A., Honorable), Ehrlich (Charles), Castille
(Ronald D.), Bradley (Edward F.), Casey (Robert P.), Martin
(Frank), Fenney (Robert), Doyle (Thomas), Williams (Willie),
Goode (W. Wilson), City of Philadelphia
 NO. 90-1100
 United States Court of Appeals,
Third Circuit.
 APR 03, 1991
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.